UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  SA CV 23-154-DSF (BFM)        Date  April 28, 2023

Title:  Henry Nguyen v. Kilolo Kijakazi, Acting Commissioner of Social Security Administration

================================================================================

PRESENT: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | NA |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant1: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)  Order Re:  Order to Show Cause**

On January 25, 2023, Plaintiff, in pro per, filed his Complaint in this action. (ECF 1).  On March 27, 2023, Defendant filed an Answer to the Complaint as well as the certified Administrative Record.  (ECF 9).

The Supplemental Federal Rules for Social Security Review Actions under 42 U.S.C. § 405(g) control the timing of the briefing schedule in this case.  Rule 6 states that Plaintiff must file and serve a brief for the requested relief within 30 days after the Answer is filed.  Accordingly, Plaintiff's opening brief in this action was due on or before April 26, 2023.  As of the date of this Order, Plaintiff has not filed his opening brief and the time to do so is passed.

Accordingly, **no later than May 17, 2023**, Plaintiff is **ordered to show cause** why this case should not be dismissed for failure to prosecute.  Filing of Plaintiff's opening brief **on or before May 17, 2023**, shall be deemed compliance with this Order to Show Cause.

**Plaintiff's failure to respond to this Order to Show Cause on or before May 17, 2023, may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders**.

Plaintiff is advised that the Los Angeles Federal Pro Se Clinic offers information and guidance to individuals who are representing themselves in federal civil actions.  The Clinic is located in the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012, and operates **by appointment only**.  You may schedule an appointment either by calling the Clinic at (213) 385-2977, ext. 270, or by submitting an on-line request for services at the following site: http://prose.cacd.uscourts.gov/los-angeles.

**IT IS SO ORDERED.**

cc:    Henry Nguyen, Pro Se

Initials of Preparer:    ch