STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**  8:23-cv-00154-DSF-BFM             **Date:**  May 23, 2023

**Title:**  *Henry N. v. Commissioner of Social Security*

================================================================

Present: The Honorable:   Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:         Attorneys Present for Respondent:
N/A                                                             N/A

**Proceedings: (In Chambers) Order Re: Second Order to Show Cause**

On January 25, 2023, Plaintiff, in pro per, filed his Complaint in this action. (ECF No. 1.) On March 27, 2023, Defendant filed an Answer to the Complaint as well as the certified Administrative Record. (ECF 9.) Plaintiff did not timely file an opening brief in accordance with the Supplemental Federal Rules for Social Security Review Actions and, on April 28, 2023, this Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. (ECF No. 11.) Plaintiff's time to file his opening brief, or otherwise respond to the Order to Show Cause, was extended to no later than May 17, 2023. (ECF No. 11.)

As of the date of this Order, Plaintiff has not responded to the April 28, 2023, Order to Show Cause and the time to do so is passed. In light of Plaintiff's pro per status, the Court will provide Plaintiff with one final opportunity to inform the Court why this case should not be dismissed for failure to prosecute and/or to follow Court orders.

**No later than June 8, 2023**, Plaintiff is **ordered to show cause** why this case should not be dismissed for failure to prosecute and/or to follow Court orders. Filing of Plaintiff's opening brief **on or before June 8, 2023**, shall be deemed compliance with this Order to Show Cause. **Plaintiff's failure to**

STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   8:23-cv-00154-DSF-BFM            Date:   May 23, 2023

Title:   *Henry N. v. Commissioner of Social Security*

================================================================

**respond to this Order to Show Cause on or before June 8, 2023, will result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders**.

Plaintiff is again advised that the Los Angeles Federal Pro Se Clinic offers information and guidance to individuals who are representing themselves in federal civil actions. The Clinic is located in the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012, and operates **by appointment only**. Plaintiff may schedule an appointment either by calling the Clinic at (213) 385-2977, ext. 270, or by submitting an on-line request for services at the following site: http://prose.cacd.uscourts.gov/los-angeles.

**IT IS SO ORDERED.**


cc:   Henry N., pro se
      Michael K. Marriott, SAUSA




Initials of Preparer:   ch