UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HENRY NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 8:23-cv-00154-DSF-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The decision of the ALJ is affirmed and Plaintiff's Complaint is dismissed with prejudice.

3. Judgment shall be entered consistent with this Order.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: October 25, 2023    _____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE