JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HENRY NGUYEN,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No. 8:23-cv-00154-DSF-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is affirmed and this action is dismissed with prejudice.

DATED: October 25, 2023

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE